UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SPRINT SOLUTIONS, INC., SPRINT COMMUNICATIONS COMPANY L.P. and BOOST WORLDWIDE, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>WIRELESS WORKSHOP LLC and CHRISTOPHER A. FOX, <br><br>　　Defendants. | Civil Action No:  1:16-cv-00482-SJD <br><br> District Judge:  Susan J. Dlott |

## NOTICE OF APPEARANCE

Please take notice that Kevin T. Shook of Frost Brown Todd LLC, 10 West Broad Street, Suite 2300, Columbus, Ohio 43215 hereby enters his appearance as counsel for Plaintiffs Sprint Solutions, Inc., Sprint Communications Company L.P. and Boost Worldwide, Inc., in the above-referenced case.  Copies of all further communications, pleadings, court notices, and other papers filed in or related to this case should be served on said counsel as counsel for the Plaintiffs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Kevin T. Shook*
　　　　　　　　　　　　　　　　　　Kevin T. Shook (0073718)
　　　　　　　　　　　　　　　　　　FROST BROWN TODD LLC
　　　　　　　　　　　　　　　　　　10 West Broad Street, Suite 2300
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　Telephone:  (614) 464-1211
　　　　　　　　　　　　　　　　　　Facsimile:   (614) 464-1737
　　　　　　　　　　　　　　　　　　kshook@fbtlaw.com

　　　　　　　　　　　　　　　　　　*Trial Attorney for Plaintiffs Sprint Solutions, Inc., Sprint Communications Company, L.P. and Boost Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served, via the Court's electronic filing system upon all counsel of record, on this 22nd day of April, 2016.

/s/ Kevin T. Shook
Kevin T. Shook

0000000.0001541   4821-7757-3424v1